# EXHIBIT "A"

| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3083 |
|---|---|

**ASSOCIATED CASES**

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | | | |
| **Plaintiffs:**<br>Juan Ortega, David Merkle, Nancy Merkle<br><br>**Defendants:**<br>Progress Software Corporation, Pension Benefit Information, LLC | Central District of California | 2:23-cv-5301<br>Judge: Not assigned | **Plaintiffs:**<br>Law Offices of Ramin Younessi APLC<br>3435 Wilshire Boulevard Suite 2200<br>Los Angeles, CA 90010<br>ryounessi@younessilaw.com<br><br>**Defendant, Pension Benefit Information:**<br>James F Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road Suite 200<br>Mt. Laurel, NJ 08045<br>jmonagle@mullen.law |
| **Plaintiff:** Terry Cheng<br><br>**Defendants:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | Central District of California | 2:23-cv-05481<br>Hon. George H. Wu | **Plaintiff:**<br>Michael Anthony Jenkins<br>Craig S. Momita<br>Mickel M. Arias<br>Arias Sanguinetti Wang and Torrijos LLP<br>6701 Center Drive West Suite 1400<br>Los Angeles, CA 90045<br>anthony@aswtlawyers.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | **Defendants, PBI & The Berwyn Group:**<br>James F Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road Suite 200<br>Mt. Laurel, NJ 08045<br>jmonagle@mullen.law |
| **NORTHERN DISTRICT OF CALIFORNIA** | | | |
| **Plaintiffs:**<br>David Berry, Bonnie Gayle Ng<br><br>**Defendants:**<br>Pension Benefit Information, LLC, Berwyn Group, Inc. | Northern District of California | 3:23-cv-3297<br>Hon. James Donato | **Plaintiffs:**<br>Julie C. Erickson<br>Elizabeth Antonia Kramer<br>Kevin M. Osborne<br>Erickson Kramer Osborne<br>44 Tehama Street<br>San Francisco, CA 94105<br>julie@eko.law<br><br>**Defendants, PBI & The Berwyn Group:**<br>James F Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road Suite 200<br>Mt. Laurel, NJ 08045<br>jmonagle@mullen.law |
| **Plaintiff:**<br>Robbie Hurtado<br><br>**Defendants:**<br>Pension Benefit Information, LLC, Berwyn Group, Inc. and Progress Software | Northern District of California | 3:23-cv-3377<br>Hon. Sallie Kim | **Plaintiff:**<br>Cody Alexander Bolce<br>Cole & Van Note<br>555 12th Street, Suite 1725<br>Oakland, CA 94607<br>cab@colevannote.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | **Defendants, PBI & The Berwyn Group:**<br>James F Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road Suite 200<br>Mt. Laurel, NJ 08045<br>jmonagle@mullen.law |
| **Plaintiffs:**<br>Steve Landi, Richard E. Hurley, and Nila Hurley<br><br>**Defendants:**<br>Progress Software Corporation; Pension Benefit Information, LLC, dba PBI Research Services; and The Berwyn Group, Inc. | Northern District of California | 3:23-cv-03839<br>Hon. Thomas S. Hixson | **Plaintiffs:**<br>Niall P. McCarthy<br>Andrew F. Kirtley<br>Owais M. Bari<br>Gia Jung<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Akirtley@cpmlegal.Com<br><br>Matthew Righetti<br>RIGHETTI GLUGOSKI, P.C<br>The Presidio of San Francisco<br>220 Halleck Street, Suite 220<br>San Francisco, CA 94129<br>matt@righettilaw.com<br><br>Edward J. Wynne<br>George R. Nemiroff<br>WYNNE LAW FIRM<br>80 E. Sir Francis Drake Blvd., Suite 3G<br>Larkspur, CA 94939<br>Ewynne@wynnelawfirm.com<br>Gnemiroff@wynnelawfirm.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | **Defendant, Progress Software:**<br>Jeffrey Tsai<br>DLA Piper<br>444 West Lake Street, Suite 900<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>jeff.tsai@us.dlapiper.com |
| **CENTRAL DISTRICT OF ILLINOIS** | | | |
| **Plaintiff:**<br>Jose Acevedo, Jr.<br><br>**Defendants:**<br>Progress Software Corporation;<br>Illinois Department of Innovation<br>and Technology | Central District of Illinois | 3:23-cv-3225<br>Hon. Colleen R. Lawless | **Plaintiff:**<br>Jeffrey M. Ostrow<br>Steven Sukert<br>KOPELOWITZ OSTROW PA<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>ostrow@kolawyers.com<br><br>Andrew Shamis<br>SHAMIS & GENTILE P.A.<br>14 N.E. 1st Avenue, Suite 705<br>Miami, FL 33132<br>ashamis@shamisgentile.com<br><br>Gary M Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>Suite 2100<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **NORTHERN DISTRICT OF ILLINOIS** | | | |
| **Plaintiff:**<br>Patricia Harris<br><br>**Defendant:**<br>Progress Software Corporation | Northern District of Illinois | 1:23-cv-05028<br>Hon. Elaine E. Bucklo | **Plaintiff:**<br>Nickolas J. Hagman<br>Daniel O. Herrera<br>Alex Lee<br>Cafferty Clobes Meriwether & Sprengel LLP<br>135 South Lasalle Street Suite 3210<br>Chicago, IL 60603<br>Nhagman@caffertyclobes.Com<br>dherrera@caffertyclobes.com<br>alee@caffertyclobes.com<br><br>**Defendant, Progress Software:**<br>Jeffrey Tsai<br>DLA Piper<br>444 West Lake Street, Suite 900<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>jeff.tsai@us.dlapiper.com |
| **EASTERN DISTRICT OF LOUISIANA** | | | |
| **Plaintiff:**<br>Jason Berry<br><br>**Defendant:**<br>Progress Software Corporation | Eastern District of Louisiana | 2:23-cv-2089<br>Hon. Susie Morgan | **Plaintiff:**<br>Jack Etherton Truitt<br>Kaylin Kinley Storey<br>Lou Anne Milliman<br>Michelle Mayne Davis<br>The Truitt Law Firm<br>1321 Ochsner Boulevard, Suite 200<br>Covington, LA 70433<br>btruitt@truittlaw.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiff:**<br>Annie McAdam<br><br>**Defendant:**<br>Progress Software Corporation | Eastern District of Louisiana | 2:23-cv-2295<br>Hon. Susie Morgan | **Plaintiff:**<br>James R. Dugan, II<br>David S. Scalia<br>Glenn E. Mintzer<br>THE DUGAN LAW FIRM, APLC<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br>jdugan@dugan-lawfirm.com |
| **DISTRICT OF MASSACHUSETTS** | | | |
| **Plaintiffs:**<br>Shavonne Diggs, Brady Bradberry, Christina Bradberry<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11370<br>Hon. Nathaniel M. Gorton | **Plaintiffs:**<br>Christina Xenides<br>Siri & Glimstad LLP<br>1005 Congress Avenue, Suite 925-C36<br>Austin, TX 78701<br>cxenides@sirillp.com<br><br>Mason A. Barney<br>Tyler J. Bean<br>Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>**Defendant, Progress Software:**<br>Eric A. Forni<br>DLA Piper LLP US<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Eric.Forni@us.dlapiper.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiff:**<br>Christopher Pipes<br><br>**Defendants:**<br>Ipswitch, Inc.; Progress Software Corporation | District of Massachusetts | 1:23-cv-11394<br>Hon. Nathaniel M. Gorton | **Plaintiff:**<br>David Pastor<br>Pastor Law Office, LLP<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Andrew W. Ferich<br>AHDOOT & WOLFSON, PC<br>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>aferich@ahdootwolfson.com<br><br>TINA WOLFSON<br>DEBORAH DE VILLA<br>AHDOOT & WOLFSON, PC<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505-4521<br>twolfson@ahdootwolfson.com<br>ddevilla@ahdootwolfson.com<br><br>Ben Barnow<br>Anthony L. Parkhill<br>BARNOW AND ASSOCIATES, P.C.<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>b.barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br><br>**Defendants, Ipswitch & Progress Software:**<br>Eric A. Forni<br>DLA Piper LLP US |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Eric.Forni@us.dlapiper.com |
| **Plaintiff:**<br>Subrena Tenner<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11412<br>Hon. Nathaniel M. Gorton | **Plaintiff:**<br>Charles E. Schaffer<br>Nicholas J. Elia<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>cschaffer@lfsblaw.com<br>nelia@lfsblaw.com<br><br>Jeffrey S. Goldenberg<br>Goldenberg Schneider LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Sean R. Matt<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave, Suite 2000<br>Seattle, WA 98101<br>sean@hbsslaw.com<br>steve@hbsslaw.com<br><br>Kristen Anne Johnson<br>Hagens Berman Sobol Shapiro LLP<br>1 Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>kristenj@hbsslaw.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | **Defendant, Progress Software:**<br>Eric A. Forni<br>DLA Piper LLP US<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Eric.Forni@us.dlapiper.com |
| **Plaintiffs:**<br>Shawntessa Guillory-Caillier, Vincent Mitchell<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11417<br>Hon. F. Dennis Saylor, IV | **Plaintiffs:**<br>J. Gerard Stranch , IV<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue<br>Freedom Building, Ste 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br><br>Christina Xenides<br>Siri & Glimstad LLP<br>1005 Congress Avenue, Suite 925-C36<br>Austin, TX 78701<br>cxenides@sirillp.com |
| **Plaintiff:**<br>Robert Anastasio<br><br>**Defendants:**<br>Progress Software Corporation and Pension Benefit Information, LLC | District of Massachusetts | 1:23-cv-11442<br>Hon. Nathaniel M. Gorton | **Plaintiff:**<br>Charles E. Schaffer<br>Nicholas J. Elia<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>cschaffer@lfsblaw.com<br>nelia@lfsblaw.com<br><br>Jeffrey S. Goldenberg<br>Goldenberg Schneider LPA |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Sean R. Matt<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave, Suite 2000<br>Seattle, WA 98101<br>sean@hbsslaw.com<br>steve@hbsslaw.com<br><br>Kristen Anne Johnson<br>Hagens Berman Sobol Shapiro LLP<br>1 Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>kristenj@hbsslaw.com<br><br>**Defendant, Pension Benefit Information:**<br>Jordan S. O'Donnell<br>Mullen Coughlin, LLC<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>jsodonnell@mullen.law |
| **Plaintiff:**<br>Kelly L. Meyer,<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11543<br>Hon. Paul G. Levenson | **Plaintiff:**<br>Jonathan Tucker Merrigan<br>Sweeney Merrigan Law<br>268 Summer Street, LL<br>Boston, MA 02210<br>tucker@sweeneymerrigan.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Maureen M. Brady<br>MCSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>mbrady@mcshanebradylaw.com<br><br>Sharon J. Zinns, Esq.<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive, Suite 104<br>Atlanta, GA 30350<br>sharon@zinnslaw.com<br><br>John A. Love<br>LOVE CONSUMER LAW<br>2500 Northwinds Parkway, Suite 330<br>Alpharetta, GA 30009<br>tlove@loveconsumerlaw.com |
| **Plaintiff:**<br>Susan Deutsch<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11547<br>Hon. Richard G. Stearns | **Plaintiff:**<br>Michael S. Appel<br>Ketterer Browne and Associates<br>336 S. Main St.<br>Bel Air, MD 21014<br>michael@kbaattorneys.com<br><br>Lynn A. Toops<br>Mary Kate Dugan<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>ltoops@cohenandmalad.com<br>mdugan@cohenandmalad.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiff:**<br>Cody Gilson<br><br>**Defendants:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11552<br>Hon. Nathaniel M. Gorton | **Plaintiff:**<br>Patrick J. Sheehan<br>Whatley Kallas, LLP<br>101 Federal Street, 19th Floor<br>Boston, MA 02110<br>psheehan@whatleykallas.com<br><br>Daniel O. Herrera<br>Nickolas J. Hagman<br>CAFFERTY CLOBES MERIWETHER<br>& SPRENGEL LLP<br>135 S. LaSalle, Suite 3210<br>Chicago, Illinois 60603<br>dherrera@caffertyclobes.com<br>nhagman@caffertyclobes.com |
| **Plaintiff:**<br>Jonathan Smith<br><br>**Defendants:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11580<br>Hon. F. Dennis Saylor IV | **Plaintiff:**<br>Randi A. Kassan<br>Milberg Coleman Bryson Phillips Grossman, LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>rkassan@milberg.com<br><br>Gary M. Klinger<br>Milberg Coleman Bryson Phillips Grossman, LLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Jeff Ostrow<br>Kristen Lake Cardoso<br>Steven Sukert |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 ostrow@kolawyers.com cardoso@kolawyers.com sukert@kolawyers.com<br><br>Andrew J. Shamis SHAMIS & GENTILE, P.A. 14 NE 1st Avenue, Suite 400 Miami, FL 33132 ashamis@shamisgentile.com |
| **Plaintiffs:** Nakia Reese; Stephanie Pool<br><br>**Defendants:** Ipswitch, Inc.; Progress Software Corporation | District of Massachusetts | 1:23-cv-11610 Hon. Indira Talwani | **Plaintiffs:** Raymond Dinsmore Hayber, McKenna & Dinsmore, LLC One Monarch Place, Suite 1340 Springfield, MA 01144 rdinsmore@hayberlawfirm.com<br><br>Christopher D. Jennings Tyler B. Ewigleben Laura Edmondson THE JOHNSON FIRM 610 President Clinton Ave., Suite 300 Little Rock, AR 72201 chris@yourattorney.com tyler@yourattorney.com ledmondson@yourattorney.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiffs:**<br>Anna M. Moore and<br>Ashley Gwen Lacombe<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11669<br>Hon. Nathaniel M. Gorton | **Plaintiffs:**<br>Patrick J. Sheehan<br>WHATLEY KALLAS, LLP<br>101 Federal Street, 19th Floor<br>Boston, Massachusetts 02110<br>psheehan@whatleykallas.com<br><br>John G. Emerson<br>EMERSON FIRM, PLLC<br>2500 Wilcrest Drive, Suite 300<br>Houston, Texas 77042-2754<br>Jemerson@emersonfirm.com |
| **Plaintiffs:**<br>Erica Baker<br><br>**Defendant:**<br>Progress Software Corporation | District of Massachusetts | 1:23cv11777 | **Plaintiff:**<br>Randi Kassan<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>100 Garden City Plaza<br>Garden City, NY 11530<br>rkassan@milberg.com<br><br>Gary M. Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>E. Michelle Drake<br>BERGER MONTAGUE, PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413 |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | emdrake@bm.net<br><br>Mark B. DeSanto<br>BERGER MONTAGUE, PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>mdesanto@bm.net<br><br>**Defendant, Progress Software:**<br>Jeffrey Tsai<br>DLA Piper<br>444 West Lake Street, Suite 900<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>jeff.tsai@us.dlapiper.com |
| **Plaintiffs:**<br>Kim Siflinger and Randy Kiyabu | District of Massachusetts | 1:23-cv-11782 | **Plaintiffs:**<br>Kristen A. Johnson<br>HAGENS BERMAN SOBOL SHAPIRO<br>1 Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>kristen@hbsslaw.com<br><br>Steve W. Berman<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sean@hbsslaw.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Jeffrey S. Goldenberg<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Charles Schaffer<br>Nicholas J. Elia<br>LEVIN SEDRAN & BERMAN LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>cschaffer@lfsblaw.com<br>nelia@lfsblaw.com<br><br>Joseph M. Lyon<br>THE LYON FIRM<br>2754 Erie Ave.<br>Cincinnati, OH 45208<br>jlyon@thelyonfirm.com<br><br>Jeffrey Brown<br>LEEDS BROWN LAW, P.C.<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>JBrown@leedsbrownlaw.com<br><br>Jason Sulzer<br>THE SULZER LAW GROUP<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016<br>sultzerj@thesultzerlawgroup.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **DISTRICT OF MARYLAND** | | | |
| **Plaintiff:**<br>Pamela Hunter<br><br>**Defendants:**<br>The Johns Hopkins University; and The Johns Hopkins Health System Corporation | District of Maryland | 1:23-cv-01826<br>Hon. Julie Rebecca Rubin | **Plaintiff:**<br>Courtney L. Weiner<br>Law Office of Courtney Weiner PLLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006<br>cw@courtneyweinerlaw.com<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>klaukaitis@laukaitislaw.com |
| **Plaintiffs:**<br>Maria Gregory; Ayomiposi Asaolu<br><br>**Defendants:**<br>Johns Hopkins University; Johns Hopkins Health System | District of Maryland | 1:23-cv-01854<br>Hon. Julie Rebecca Rubin | **Plaintiffs:**<br>Andrea R. Gold<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Avenue NW, Suite 1010<br>Washington, DC 20006<br>agold@tzlegal.com<br><br>Marc H. Edelson<br>Eric Lechtzin<br>EDELSON LECHTZIN LLP<br>411 S. State Street, Suite N300<br>Newtown, PA 18940<br>elechtzin@edelson-law.com<br>medelson@edelson-law.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiff:**<br>Steven Pulignani<br><br>**Defendants:**<br>Progress Software Corporation;<br>The Johns Hopkins University; The Johns Hopkins Health System Corporation | District of Maryland | 1:23-cv-1912<br>Hon. Julie Rebecca Rubin | **Plaintiff:**<br>Courtney L. Weiner<br>Law Office of Courtney Weiner PLLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006<br>cw@courtneyweinerlaw.com<br><br>Jeffrey Brown<br>Michael Tompkins<br>LEEDS BROWN LAW<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514-1851<br>JBrown@LeedsBrownLaw.com<br>mtompkins@leedsbrownlaw.com |
| **Plaintiff:**<br>Monika Truesdale<br><br>**Defendants:**<br>Progress Software Corporation;<br>The Johns Hopkins University; The Johns Hopkins Health System Corporation | District of Maryland | 1:23-cv-1913<br>Hon. Julie Rebecca Rubin | **Plaintiff:**<br>Courtney L. Weiner<br>Law Office of Courtney Weiner<br>PLLC 1629 K Street NW, Suite 300<br>Washington, DC 20006<br>cw@courtneyweinerlaw.com<br><br>Jason P. Sultzer, Esq.<br>Philip J. Furia, Esq.<br>THE SULTZER LAW GROUP P.C.<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>sultzerj@thesultzerlawgroup.com<br>furiap@thesultzerlawgroup.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Plaintiff:**<br>Plaintiff Doe<br><br>**Defendants:**<br>Progress Software Corporation;<br>The Johns Hopkins University; and<br>The Johns Hopkins Health System<br>Corporation | District of<br>Maryland | 1:23-cv-01933<br>Hon. J. Mark Coulson | **Plaintiff:**<br>Gary E. Mason<br>MASON LLP<br>5335 Wisconsin Avenue NW, Suite 640<br>Washington, D.C. 20015-2052<br>gmason@masonllp.com<br><br>Steve W. Berman<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sean@hbsslaw.com<br><br>Jeffrey S. Goldenberg<br>Todd R. Naylor<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Charles Schaffer<br>Nicholas J. Elia<br>LEVIN SEDRAN & BERMAN LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>cschaffer@lfsblaw.com<br>nelia@lfsblaw.com<br><br>Joseph M. Lyon<br>THE LYON FIRM |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 2754 Erie Ave. Cincinnati, OH 45208 jlyon@thelyonfirm.com |
| | | **DISTRICT OF MINNESOTA** | |
| **Plaintiff:** Bruce Bailey **Defendants:** Progress Software Corporation and Pension Benefit Information, LLC | District of Minnesota | 0:23-cv-2028 Hon. Katherine M. Menendez | **Plaintiff:** Carl Malmstrom Wolf Haldenstein Adler Freeman & Herz LLC 111 W. Jackson St., Suite 1700 Chicago, IL 60604 malmstrom@whafh.com |
| **Plaintiff:** Melainee Collins **Defendant:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | District of Minnesota | 0:23-cv-02045 Hon. Katherine Menendez | **Plaintiff:** Brandon P Jack Gregory Haroutunian Michael Anderson Berry Arnold Law Firm 865 Howe Avenue Sacramento, CA 95825 bjack@justice4you.com gharoutunian@justice4you.com aberry@Justice4you.com Bryan L. Bleichner Philip Joseph Krzeski Chestnut Cambronne PA 100 Washington Avenue South, Suite 1700 Minneapolis, MN 55401 bbleichner@chestnutcambronne.com pkrzeski@chestnutcambronne.com  Jason Matthew Wucetich Wucetich & Korovilas LLP |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 222 N PCH Blvd., Suite 2000<br>El Segundo, CA 90245<br>jason@wukolaw.com |
| **Plaintiff:** Karen Smith<br><br>**Defendants:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | District of Minnesota | 0:23-cv-02055<br>Hon. Katherine Menendez | **Plaintiff:**<br>Nathan D. Prosser<br>Anne T. Regan<br>Lindsey L. Larson<br>HELLMUTH & JOHNSON, PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>nprosser@hjlawfirm.com<br>aregan@hjlawfirm.com<br>llabellelarson@hjlawfirm.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 E. Court, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com |
| **Plaintiff:**<br>Lisa Garrison<br><br>**Defendants:**<br>Pension Benefit Information, LLC;<br>The Berwyn Group, Inc. | District of Minnesota | 0:23-cv-2071<br>Hon. Katherine Menendez | **Plaintiff:**<br>Daniel E Gustafson<br>David A Goodwin<br>Gustafson Gluek PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Gary M. Klinger<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com |
| **Plaintiff:** Kelly Harris<br><br>**Defendant:** Pension Benefit Information, LLC | District of Minnesota | 0:23-cv-02075<br>Hon. Katherine Menendez | **Plaintiff:**<br>Brian C Gudmundson<br>Charles Richard Toomajian , III<br>June Pineda Hoidal<br>Michael J Laird<br>Rachel Kristine Tack<br>Zimmerman Reed, PLLP<br>1100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>brian.gudmundson@zimmreed.com<br>charles.toomajian@zimmreed.com<br>june.hoidal@zimmreed.com<br>michael.laird@zimmreed.com<br>rachel.tack@zimmreed.com<br><br>James M Evangelista<br>Evangelista Worley LLC<br>500 Sugar Mill Road, Suite 245a<br>Atlanta, GA 30350<br>jme@eafirm.com |
| **Plaintiffs:**<br>Renaldo Ellis; Michael Standefer | District of Minnesota | 0:23-cv-2139<br>Hon. Katherine Menendez | **Plaintiffs:**<br>Daniel E Gustafson<br>David A Goodwin<br>Gustafson Gluek PLLC |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| **Defendants:**<br>Pension Benefit Information, LLC;<br>The Berwyn Group, Inc. | | | 120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br><br>Marc H. Edelson<br>EDELSON LECHTZIN LLP<br>411 S. State Street, Suite N300<br>Newtown, PA 18940<br>medelson@edelson-law.com |
| **Plaintiffs:**<br>Elisa Feregrino and Melissa Seymour<br><br>**Defendants:**<br>Progress Software Corporation and Pension Benefit Information, LLC | District of Minnesota | 0:23-cv-02176<br>Hon. Katherine Menendez | **Plaintiffs:**<br>Melissa S. Weiner<br>Ryan T. Gott<br>PEARSON WARSHAW, LLP<br>328 Barry Ave. S., Suite 200<br>Wayzata, MN 55391<br>mweiner@pwfirm.com<br>rgott@pwfirm.com<br><br>Jeff Ostrow<br>Kristen Lake Cardoso<br>Steven Sukert<br>KOPELOWITZ OSTROW<br>FERGUSON WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>ostrow@kolawyers.com<br>cardoso@kolawyers.com<br>sukert@kolawyers.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Andrew J. Shamis<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 400<br>Miami, FL 33132<br>ashamis@shamisgentile.com |
| **Plaintiff:**<br>Glen Williams<br><br>**Defendants:**<br>Pension Benefit Information, LLC<br>The Berwyn Group | District of Minnesota | 0:23-cv-02238<br>Hon. Katherine Menendez | **Plaintiff:**<br>Kate M. Baxter-Kauf<br>Karen Hanson Riebel<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>kmbaxter-kauf@locklaw.com<br>Khriebel@locklaw.com<br><br>Jason M. Wucetich<br>Dimitrios V. Korovilas<br>WUCETICH & KOROVILAS LLP<br>222 N. Pacific Coast Hwy, Suite 2000<br>El Segundo, CA 90245<br>jason@wukolaw.com<br>dimitri@wukolaw.com |
| **Plaintiffs:**<br>Scott Glabb<br><br>**Defendant:**<br>Pension Benefit Information, LLC | District of Minnesota | 0:23-cv-02240<br>Hon. Katherine Menendez | **Plaintiff:**<br>Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>bbliechner@chestnutcambronne.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>**Defendant, Pension Benefit Information:**<br>Paulyne A. Gardner<br>Mullen Coughlin LLC<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>pgardner@mullen.law |
| **Plaintiffs:**<br>Diane White, Sabela Portillo, and Rebecca Iddings<br><br>**Defendants:**<br>Pension Benefit Information, LLC d/b/a PBI Research Services and Progress Software Corporation | District of Minnesota | 0:23-cv-02254<br>Hon. Katherine Menendez | **Plaintiffs:**<br>Brian C. Gudmundson<br>June P. Hoidal<br>Michael J. Laird<br>Rachel K. Tack<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>brian.gudmundson@zimmreed.com<br>june.hoidal@zimmreed.com<br>michael.laird@zimmreed.com<br>rachel.tack@zimmreed.com<br><br>Christopher D. Jennings<br>Tyler B. Ewigleben<br>Laura Edmondson<br>THE JOHNSON FIRM |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 610 President Clinton Ave., Suite 300<br>Little Rock, AR 72201<br>chris@yourattorney.com<br>tyler@yourattorney.com<br>ledmondson@yourattorney.com<br><br>**Defendant, Progress Software:**<br>Jeffrey Tsai<br>DLA Piper<br>444 West Lake Street, Suite 900<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>jeff.tsai@us.dlapiper.com |
| **Plaintiff:**<br>Rosemary Mosqueda<br><br>**Defendants:**<br>Progress Software Corporation and Pension Benefit Information, LLC d/b/a PBI Research Services | District of Minnesota | 0:23-cv-02278 | **Plaintiff:**<br>E. Michelle Drake<br>BERGER MONTAGUE, PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>emdrake@bm.net<br><br>Mark B. DeSanto<br>BERGER MONTAGUE, PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>mdesanto@bm.net<br><br>**Defendant, Progress Software:**<br>Jeffrey Tsai<br>DLA Piper<br>444 West Lake Street, Suite 900<br>555 Mission Street, Suite 2400 |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | San Francisco, California 94105<br>jeff.tsai@us.dlapiper.com |
| **DISTRICT OF NEBRASKA** | | | |
| **Plaintiffs:**<br>Jeffrey Scott and Bonnie Scott<br><br>**Defendant:**<br>Union Bank & Trust Company | District of Nebraska | 4:23-cv-03126 | **Plaintiffs:**<br>Mason A. Barney<br>Tyler Bean<br>SIRI & GLIMST AD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>mbamey@sirillp.com<br>tbean@sirillp.com<br><br>**Defendant, Union Bank and Trust Company:**<br>James Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road, Suite 200<br>Mt. Laurel, NJ 08054<br>jmonagle@mullen.law |
| **Plaintiff:**<br>Paul Bender<br><br>**Defendant:**<br>Union Bank & Trust Company | District of Nebraska | 8:23-cv-0298 | **Plaintiff:**<br>Tyler W. Hudson<br>Eric D. Barton<br>WAGSTAFF & CARTMELL, LLC<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>thudson@wcllp.com<br>ebarton@wcllp.com<br><br>David S. Almeida<br>Elena Belov<br>ALMEIDA LAW GROUP LLC |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | 849 W. Webster Avenue<br>Chicago, IL 60614<br>david@almeidalawgroup.com<br>elena@almeidalawgroup.com<br><br>**Defendant, Union Bank and Trust Company:**<br>James Monagle<br>Mullen Coughlin LLC<br>309 Fellowship Road, Suite 200<br>Mt. Laurel, NJ 08054<br>jmonagle@mullen.law |
| **DISTRICT OF NEW JERSEY** | | | |
| **Plaintiff:**<br>Richard Weissman<br><br>**Defendant:**<br>Athene Annuity And Life Company and Pension Benefit Information, LLC | District of New Jersey | Case No. 1:23-cv-03999<br>Judge: Not assigned yet | **Plaintiff:**<br>Barry J. Gainey<br>GAINEY McKENNA & EGLESTON<br>375 Abbott Road<br>Paramus, NJ 07652<br>bgainey@gme-law.com<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>GAINEY McKENNA & EGLESTON<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>tjmckenna@gme-law.com<br>gegleston@gme-law.com<br><br>**Defendant, Pension Benefit Information:**<br>Paulyne A. Gardner<br>Mullen Coughlin LLC<br>426 W. Lancaster Avenue, Suite 200 |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | Devon, PA 19333<br>pgardner@mullen.law |
| **EASTERN DISTRICT OF VIRGINIA** | | | |
| **Plaintiff:**<br>Delilah King<br><br>**Defendant:**<br>Genworth Financial, Inc. | Eastern District of Virginia | 3:23-cv-00426<br>Hon. Roderick C. Young | **Plaintiff:**<br>Joseph Kirchgessner<br>Woehrle Dahlberg Yao PLLC<br>2016 Lafayette Blvd, Suite 101<br>Fredericksburg, VA 22401<br>jkirchgessner@lawfirmvirginia.com<br><br>Andrew Ready Tate<br>NDH LLC<br>44 Broad St NW, Suite 200<br>Atlanta, GA 30303<br>atate@peifferwolf.com<br><br>Brandon Michael Wise<br>Peiffer Wolf Carr Kane Conway & Wise, LLP<br>818 Lafayette Avenue, Floor 2<br>St. Louis, MO 63104<br>bwise@peifferwolf.com |
| **Plaintiff:**<br>Patrice Hauser<br><br>**Defendant:**<br>Genworth Life Insurance Company | Eastern District of Virginia | 3:23-cv-00486<br>Hon. M. Hannah Lauck | **Plaintiff:**<br>Lee A. Floyd<br>Sarah G. Sauble<br>BREIT BINIAZAN, PC<br>2100 E. Cary Street, Suite 310<br>Richmond, Virginia 23223<br>Lee@bbtrial.com<br>Sarah@bbtrial.com |

| Case Caption | Court | Civil Action No. | Counsel |
|---|---|---|---|
| | | | David K. Lietz<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, LLC<br>5335 Wisconsin Avenue NW<br>Washington, D.C. 20015-2052<br>dlietz@milberg.com<br><br>**Defendant:**<br>Eamon P. Joyce<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>ejoyce@sidley.com |